IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MORRIS REESE, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case 2:05-cv-00415-DF |
| | § | |
| SAMSUNG TELECOMMNICATIONS | § | |
| AMERICA, L.P.; MOTOROLA, | § | |
| INCORPORATED; NOKIA INC.; SONY | § | **JURY TRIAL DEMANDED** |
| ERICSSON MOBILECOMM U.S.A., INC.; | § | |
| SIEMENS COMMUNICATIONS, INC.; LG | § | |
| ELECTRONICS MOBILECOMM U.S.A, INC.; | § | |
| RESEARCH IN MOTION, CORPORATION, | § | |
| PALM, INCORPORATED, | § | |
| | § | |
| Defendants | § | |
| | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED, by and among Plaintiff Morris Reese ("Reese") and LG Electronics MobileComm U.S.A., Inc. ("LG"), through their counsel of record and subject to the approval of the Court that:

(1) All claims presented by the Complaint and Amended Complaint, as well as all counterclaims, shall be dismissed with prejudice as to each of the Parties; and

(2) The Parties shall bear their own costs and attorney's fees.

| | |
|---|---|
| /s/ John Ward, Jr._____ | /s/ Eric M. Albritton_____ |
| T. John Ward, Jr. | Eric M. Albritton |
| Texas State Bar No. 00794818 | Texas State Bar No. 00790215 |
| | Albritton Law Firm |
| Law Office of T. John Ward, Jr., P.C. | P.O. Box 2649 |
| P.O. Box 1231 | Longview, Texas 75606 |
| Longview, Texas 75606 | Telephone (903) 757-8449 |
| Telephone (903) 757-6400 | Facsimile (903) 758-7397 |
| Facsimile (903) 757-2323 | ema@emafirm.com |
| jw@jwfirm.com | |
| | ATTORNEYS FOR DEFENDANT |
| ATTORNEYS FOR PLAINTIFF | LG ELECTRONICS MOBILECOMM USA, INC. |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via electronic delivery, on this the 16th day of February, 2006 to all counsel of record.

/s/ John Ward, Jr._____
T. John Ward, Jr.