IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MORRIS REESE, | § § § | |
| Plaintiff | § § | |
| v. | § § | Case 2:05-cv-00415-DF |
| SAMSUNG TELECOMMNICATIONS AMERICA, L.P.; MOTOROLA, INCORPORATED; NOKIA INC.; SONY ERICSSON MOBILECOMM U.S.A., INC.; SIEMENS COMMUNICATIONS, INC.; LG ELECTRONICS MOBILECOMM U.S.A, INC.; RESEARCH IN MOTION, CORPORATION, PALM, INCORPORATED, | § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants | § § | |

## ORDER

The Court has considered Plaintiff Morris Reese's and LG Electronics MobileComm U.S.A., Inc.'s ("LG"), Stipulation of Dismissal with Prejudice ("Stipulation") and is the opinion that the Stipulation should be APPROVED.

Accordingly, it is ORDERED that

(1)   All claims presented by the Complaint and Amended Complaint, as well as all counterclaims, shall be dismissed with prejudice as to Plaintiff and Defendant LG; and

(2)   The Parties shall bear their own costs and attorney's fees.

**SIGNED this 22nd day of February, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE