IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MORRIS REESE, | § § § | |
| Plaintiff | § § | |
| v. | § § | Case 2:05-cv-00415-DF |
| SAMSUNG TELECOMMNICATIONS AMERICA, L.P.; MOTOROLA, INCORPORATED; NOKIA INC.; SONY ERICSSON MOBILECOMM U.S.A., INC.; SIEMENS COMMUNICATIONS, INC.; LG ELECTRONICS MOBILECOMM U.S.A, INC.; RESEARCH IN MOTION, CORPORATION, PALM, INCORPORATED, | § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants | § § | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS STIPULATED, by and among Plaintiff Morris Reese and Research In Motion Corporation (collectively referred to as "The Parties"), through their counsel of record and subject to the approval of the Court that:

(1)     All claims presented by the Complaint, as well as all counterclaims, shall be dismissed with prejudice as to each of the Parties; and

(2)     The Parties shall bear their own costs and attorney's fees.

| | |
|---|---|
| /s/ Edward W. Goldstein | /s/ Peter J. Chassman |
| Edward W. Goldstein, **Attorney In Charge** | Peter J. Chassman, **Attorney In Charge** |
| GOLDSTEIN, FAUCETT & PREBEG, L.L.P. | Howrey LLP |
| 1177 West Loop South, Ste. 400 | 1111 Louisiana, 25th Floor |
| Houston, TX 77027 | Houston, TX 77002 |
| Telephone (713) 877-1515 | Telephone (713) 787-1623 |
| Facsimile (713) 877-1737 | Facsimile (713) 456-2055 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| MORRIS REESE | RESEARCH IN MOTION CORP. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 7, 2006. Any other counsel of record will be served by first class U.S. mail.

/s/ Edward W. Goldstein
Edward W. Goldstein