# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MORRIS REESE, <br><br> Plaintiff <br><br> v. <br><br> SAMSUNG TELECOMMNICATIONS AMERICA, L.P.; MOTOROLA, INCORPORATED; NOKIA INC.; SONY ERICSSON MOBILECOMM U.S.A., INC.; SIEMENS COMMUNICATIONS, INC.; LG ELECTRONICS MOBILECOMM U.S.A, INC.; RESEARCH IN MOTION, CORPORATION, PALM, INCORPORATED, <br><br> Defendants | Case 2:05-cv-00415-DF <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED, by and among Plaintiff Morris Reese and Motorola, Inc. (collectively referred to as "The Parties"), through their counsel of record and subject to the approval of the Court that:

(1)     All claims presented by the Complaint, as well as all counterclaims, shall be dismissed with prejudice as to each of the Parties; and

(2)     The Parties shall bear their own costs and attorney's fees.

| | |
|---|---|
| _____ | _____ |
| Edward W. Goldstein | David L. Witcoff |
| GOLDSTEIN, FAUCETT & PREBEG, L.L.P. | JONES DAY |
| 1177 West Loop South, Ste. 400 | 77 West Wacker Dr., Suite 3500 |
| Houston, TX 77027 | Chicago, IL 60601 |
| Telephone (713) 877-1515 | Telephone (312) 782-3939 |
| Facsimile (713) 877-1737 | Facsimile (313) 782-8585 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| MORRIS REESE | MOTOROLA, INC. |