IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MORRIS REESE, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case 2:05-cv-00415-DF |
| | § | |
| SAMSUNG TELECOMMNICATIONS | § | |
| AMERICA, L.P.; MOTOROLA, | § | |
| INCORPORATED; NOKIA INC.; SONY | § | **JURY TRIAL DEMANDED** |
| ERICSSON MOBILE | § | |
| COMMUNICATIONS (USA) INC.; | § | |
| SIEMENS COMMUNICATIONS, INC.; | § | |
| LG ELECTRONICS MOBILECOMM | § | |
| U.S.A, INC.; RESEARCH IN MOTION, | § | |
| CORPORATION, PALM, | § | |
| INCORPORATED, | § | |
| | § | |
| Defendants | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED, by and among Plaintiff Morris Reese ("Reese") and Samsung Telecommunications America, L.P. ("Samsung"), collectively referred to as "the Parties", through their counsel of record and subject to the approval of the Court that:

(1) All claims presented by the Complaint and Amended Complaint, as well as all counterclaims, shall be dismissed with prejudice as to each of the Parties; and

(2) The Parties shall bear their own costs and attorney's fees.

1

| | |
|---|---|
| /s/ John Ward, Jr. | /s/ Eric M. Albritton |
| T. John Ward, Jr. | Eric M. Albritton |
| Texas State Bar No. 00794818 | Texas State Bar No. 00790215 |
| | Albritton Law Firm |
| Law Office of T. John Ward, Jr., P.C. | P.O. Box 2649 |
| P.O. Box 1231 | Longview, Texas 75606 |
| Longview, Texas 75606 | Telephone (903) 757-8449 |
| Telephone (903) 757-6400 | Facsimile (903) 758-7397 |
| Facsimile (903) 757-2323 | ema@emafirm.com |
| jw@jwfirm.com | |
| | ATTORNEYS FOR DEFENDANT |
| ATTORNEYS FOR PLAINTIFF | SAMSUNG TELECOMMUNICATIONS, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by e-mail via the Eastern District of Texas ECF System to all counsel of record on this the 20th day of September, 2006.

/s/ John Ward, Jr
T. John Ward, Jr.