# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MORRIS REESE, | § § § § § § § § § § § § § § § § § | |
| Plaintiff | | |
| v. | | Case 2:05-cv-00415-DF |
| SAMSUNG TELECOMMNICATIONS AMERICA, L.P.; MOTOROLA, INCORPORATED; NOKIA INC.; SONY ERICSSON MOBILECOMM U.S.A., INC.; SIEMENS COMMUNICATIONS, INC.; LG ELECTRONICS MOBILECOMM U.S.A, INC.; RESEARCH IN MOTION, CORPORATION, PALM, INCORPORATED, | | **JURY TRIAL DEMANDED** |
| Defendants | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED, by and among Plaintiff Morris Reese and Siemens Communications, Inc. (collectively referred to as "The Parties"), through their counsel of record and subject to the approval of the Court that:

(1) All claims presented by the Complaint, as well as all counterclaims, shall be dismissed with prejudice as to each of the Parties; and

(2) The Parties shall bear their own costs and attorney's fees.

| | |
|---|---|
| _____ | _____ |
| Edward W. Goldstein | Paul Ragusa |
| GOLDSTEIN, FAUCETT & PREBEG, L.L.P. | BAKER BOTTS, LLP |
| 1177 West Loop South, Ste. 400 | 30 Rockefeller Plaza |
| Houston, TX 77027 | New York, NY 10112-4498 |
| Telephone (713) 877-1515 | Telephone (212) 408-2501 |
| Facsimile (713) 877-1737 | Facsimile (212) 632-3800 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| MORRIS REESE | SIEMENS COMMUNICATIONS, INC. |

## EXHIBIT B

### Related Reese Patents
(as currently exist as of the Effective Date of this Agreement)

U.S. Patent No. 6,970,544
U.S. Patent No. 6,868,150
U.S. Patent No. 5,619,561
U.S. Patent No. 5,613,006
U.S. Patent No. 5,289,530
U.S. Patent No. 4,969,183
U.S. Patent No. 4,873,719
U.S. Patent No. 4,602,297

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 10, 2007.  Any other counsel of record will be served by first class U.S. mail.

                                              /s/ Edward W. Goldstein_____
                                              Edward W. Goldstein