# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MORRIS REESE, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case 2:05-cv-00415-DF |
| SAMSUNG TELECOMMNICATIONS AMERICA, L.P.; MOTOROLA, INCORPORATED; NOKIA INC.; SONY ERICSSON MOBILECOMM U.S.A., INC.; SIEMENS COMMUNICATIONS, INC.; LG ELECTRONICS MOBILECOMM U.S.A, INC.; RESEARCH IN MOTION, CORPORATION, PALM, INCORPORATED, | § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED, by and among Plaintiff Morris Reese and Nokia Inc. (collectively referred to as "The Parties"), through their counsel of record and subject to the approval of the Court that:

(1)    All claims presented by the Complaint, shall be dismissed with prejudice as to each of The Parties; and

(2)    The Parties shall bear their own costs and attorney's fees.

| | |
|---|---|
| /s/ Edward W. Goldstein | /s/ Alexas D. Skucas |
| Edward W. Goldstein | Alexas D. Skucas |
| GOLDSTEIN, FAUCETT & PREBEG, L.L.P. | KING & SPALDING |
| 1177 West Loop South, Ste. 400 | 1185 Avenue of the Americas |
| Houston, TX 77027 | New York, NY 10036-4003 |
| Telephone (713) 877-1515 | Telephone (212) 556-2100 |
| Facsimile (713) 877-1737 | Facsimile (212) 556-2222 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| MORRIS REESE | NOKIA INC. |