IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MORRIS REESE, § <br> § <br> Plaintiff § <br> § <br> v. § <br> § <br> SAMSUNG TELECOMMUNICATIONS § <br> AMERICA, L.P.; MOTOROLA, § <br> INCORPORATED; NOKIA INC.; SONY § <br> ERICSSON MOBILECOMM U.S.A., INC.; § <br> SIEMENS COMMUNICATIONS, INC.; LG § <br> ELECTRONICS MOBILECOMM U.S.A, INC.; § <br> RESEARCH IN MOTION, CORPORATION, § <br> PALM, INCORPORATED, § <br> § <br> Defendants § <br> § | Case 2:05-cv-00415-DF <br><br> **JURY TRIAL DEMANDED** |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS STIPULATED, by and among Plaintiff Morris Reese and Sony Ericsson Mobile Communications (USA), Inc. (collectively referred to as "The Parties"), through their counsel of record and subject to the approval of the Court that:

(1) All claims presented by the Complaint, as well as all counterclaims, shall be dismissed with prejudice as to each of the Parties; and

(2) The Parties shall bear their own costs and attorney's fees.

| | |
|---|---|
| /s Edward W. Goldstein | /s/ Wayne Jones |
| Edward W. Goldstein | Wayne Jones |
| GOLDSTEIN, FAUCETT & PREBEG, L.L.P. | GREENBERG TRAURIG, LLP |
| 1177 West Loop South, Ste. 400 | 1900 University Avenue, 5th Floor |
| Houston, TX 77027 | East Palo Alto, CA 94303 |
| Telephone (713) 877-1515 | Telephone (650) 328-8500 |
| Facsimile (713) 877-1737 | Facsimile (650) 328-8508 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| MORRIS REESE | SONY ERICSSON MOBILE |
| | COMMUNICATIONS (USA), INC. |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 11, 2007.  Any other counsel of record will be served by first class U.S. mail.

/s/ Edward W. Goldstein