IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MORRIS REESE, | § § § | |
| Plaintiff | § § | |
| v. | § § | Case 2:05-cv-00415-DF |
| SAMSUNG TELECOMMNICATIONS AMERICA, L.P.; MOTOROLA, INCORPORATED; NOKIA INC.; SONY ERICSSON MOBILECOMM U.S.A., INC.; SIEMENS COMMUNICATIONS, INC.; LG ELECTRONICS MOBILECOMM U.S.A, INC.; RESEARCH IN MOTION, CORPORATION, PALM, INCORPORATED, | § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants | § § | |

## PROPOSED ORDER

Before the Court is a Stipulation of Dismissal between Plaintiff Morris Reese and Defendant Sony Ericsson Mobilecomm U.S.A., Inc.

(1) All claims presented by the Complaint, as well as all counterclaims, shall be dismissed with prejudice as to each of the Parties; and

(2) The Parties shall bear their own costs and attorney's fees.

**SIGNED this 15th day of October, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE